IT IS SO ORDERED.

Dated:  March 26, 2013
         04:22:21 PM

Kay Woods
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 12-41762-KW |
| | ) | |
| GEORGETTA A. WATKINS | ) | JUDGE KAY WOODS |
| | ) | |
| | ) | |
| Debtor | ) | CHAPTER 7 |

### AGREED ORDER FOR TURNOVER

This matter is before the Court upon the motion of the Chapter 7 Trustee for the turnover of certain personal property of this estate (the "Motion"), and the agreement reached between the Trustee and the Debtor. Based upon the information contained in the Motion, the agreement reached between the Trustee and the Debtor, and for cause shown, the Court finds as follows:

The Trustee's Motion requested the turnover of a certain 1962 Ford Fairlane automobile (the "Automobile") which the Trustee believes to have a value of $2,500.00. Based thereon, the Debtor has acknowledged that she is obligated to turnover the

Automobile, however the Trustee has agreed that the Debtor will have until the date of the auction of the Automobile to redeem the equity for the amount of $2,000.00.

Therefore it is

**ORDERED, ADJUDGED AND DECREED** as follows:

1. The Motion of the Trustee is GRANTED;

2. The Debtor is hereby ordered and directed to turnover the Automobile.

3. The Debtor will have the ability to redeem the equity in the Automobile for the amount of $2,000.00 up until the date of the auction.

**IT IS SO ORDERED.**

###

Submitted by:

/s/ Andrew W. Suhar
ANDREW W. SUHAR, ESQ. Reg. No. 0058419
Chapter 7 Trustee

Approved and agreed to by:

URSULA P. SHUGART, ESQ
Attorney for Debtor

GEORGETTA A. WATKINS
Debtor

2